AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEYMOUR, STEPHANIE K | U.S. COURT OF APPEALS | 04/03/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE--SENIOR | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☒ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 4-562 U.S. COURTHOUSE<br>333 WEST FOURTH<br>TULSA, OK 74103-3877 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Board Member | Oklahoma City University School of Law, Oklahoma City, OK |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 APR -9 A 9: 30
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | self-employed - lawyer |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Denver Law School | March 16-17, 2006, expenses for travel to Denver, Colorado, to speak at conference |
| 2. | Aspen Institute | March 30-April 2, 2006, expenses for travel to Wye, Maryland, to attend seminar |
| 3. | University of Akron Ohio Law School | October 1-2, 2006, expenses for travel to Akron, Ohio, to speak to law school students |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 04/03/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of the West | Mortgage on lot in Mt.Crested Butte, CO | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 04/03/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Okla. Money Market | A | Interest | J | T | | | | | |
| 2. Bank of Okla. Money Market | A | Interest | O | T | | | | | |
| 3. So. Hills Ctry. Clb. stock | | None | K | U | | | | | |
| 4. F&M Bank Money Market | A | Interest | J | T | | | | | |
| 5. Condo, Tulsa, OK (purchased 11/27/1995) | | None | M | R | | | | | |
| 6. IRA, Merrill Lynch, Tulsa | C | Dividend | M | T | | | | | |
| 7. -Merrill Lynch Cash Fund | | | | | | | | | |
| 8. -Abbott Labs | | | | | | | | | |
| 9. -IShares MSCI EAFE | | | | | | | | | |
| 10. -Rydex ETF TR | | | | | | | | | |
| 11. -US Treasury Bill | | None | L | T | Buy | 11/17 | L | | |
| 12. Brokerage #1 | | | | | | | | | See note Part VIII |
| 13. -Del Monte Foods Co. | A | Dividend | | | Sell | 5/18 | J | C | |
| 14. -General Electric | A | Dividend | | | Sell | 5/18 | K | B | |
| 15. -Heinz HJ Co. | B | Dividend | K | T | | | | | |
| 16. -IShares MSCI EAFE | A | Dividend | K | T | | | | | |
| 17. -Rydex ETF TR | A | Dividend | | | Sell | 5/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 04/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage #2 | | | | | | | | | |
| 19. -Merrill Lynch Cash Fund | A | Interest | K | T | | | | | |
| 20. -BOK Fincl. Corp. New | A | Dividend | L | T | | | | | |
| 21. -Hewlett Packard Co. Del. | A | Dividend | K | T | | | | | |
| 22. -IShares MSCI EAFE | A | Dividend | K | T | | | | | |
| 23. -J P Morgan Chase & Co. | A | Dividend | | | Sell | 5/18 | K | D | |
| 24. -Kellogg Co PV 25CT | A | Dividend | J | T | | | | | |
| 25. -Microsoft Corp. | A | Dividend | K | T | | | | | |
| 26. -Proctor Gamble | A | Dividend | | | Sell | 5/18 | L | D | |
| 27. -Royal Dutch Shell PLC | B | Dividend | L | T | | | | | |
| 28. -Rydex ETF TR | A | Dividend | | | Sell | 5/18 | K | B | |
| 29. -Starbucks Corp. | | None | L | T | | | | | |
| 30. -US Treasury Bill #1 | | None | L | T | Buy | 9/25 | L | | |
| 31. | | | | | Redeem | 12/21 | L | A | |
| 32. | | | | | Buy | 12/21 | L | | |
| 33. -US Treasury Bill #2 | | None | L | T | Buy | 9/25 | L | | |
| 34. -Washington Mutual Inc. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 04/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage #3 | | | | | | | | | |
| 36. -BOK Financial Corp. | B | Dividend | N | T | Part Donate | 12/14 | J | | |
| 37. IRA, Blackrock Balanced | A | Dividend | J | T | | | | | See note Part VIII |
| 38. Keogh Plan, Merrill Lynch, Tulsa | G | Dividend | P1 | T | | | | | |
| 39. -Merrill Lynch Cash Fund | | | | | | | | | |
| 40. -Alcoa Inc. | | | | | Sell | 5/12 | L | E | |
| 41. -AT&T | | | | | Sell | 5/12 | K | | |
| 42. -BOK Financial Corp. | | | | | | | | | |
| 43. -China Mobile HK SP Adr | | | | | Sell | 12/28 | L | E | |
| 44. -Crescent Real Est Eq Tex Reit | | | | | | | | | |
| 45. -General Electric | | | | | Sell | 5/12 | L | D | |
| 46. -IShares MSCI EAFE | | | | | | | | | |
| 47. -IShares S&P Index | | | | | Sell | 5/12 | M | D | |
| 48. -IShares TR Russell 2000 | | | | | Sell | 5/12 | M | E | |
| 49. -Kellogg Co. PV 25ct | | | | | Sell | 5/12 | K | D | |
| 50. -Oneok Inc. | | | | | | | | | |
| 51. -Rydex ETF TR | | | | | Sell | 5/12 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 04/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Rydex Inverse Gov't | | | | | | | | | See note Part VIII |
| 53. -Templeton Emrgng Mkts | | | | | | | | | |
| 54. -United Sts Stl Corp. New | | | | | Sell | 5/12 | L | E | |
| 55. -US Treasury Bill #1 | | | | | Redeem | 4/6 | M | C | |
| 56. | | | | | Buy | 4/6 | M | | |
| 57. | | | | | Redeem | 10/5 | M | C | |
| 58. | | | | | Buy | 10/6 | M | | |
| 59. -US Treasury Bill #2 | | | | | Redeem | 1/5 | M | B | |
| 60. | | | | | Buy | 1/5 | M | | |
| 61. | | | | | Redeem | 6/29 | M | C | |
| 62. | | | | | Buy | 6/29 | M | | |
| 63. | | | | | Buy | 9/21 | N | | |
| 64. | | | | | Redeem | 12/28 | N | | |
| 65. | | | | | Buy | 12/28 | N | D | |
| 66. -US Treasury Bill #3 | | | | | Buy | 9/21 | N | | |
| 67. -Wms.Comm.Grp.SrRdmbleNtes | | | | | | | | | |
| 68. Lot in Mt. Crested Butte, CO | | None | O | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 04/03/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII, LINE 12
Brokerage #1, M-L Cash Funds, reported on Line 13 of 2005 report, failed to meet qualifying requirements for assets to be reported.

PART VII, LINE 37
IRA formerly M-L Capital Fund, now Blackrock Balanced.

PART VII, LINE 52
Rydex Inverse Gov't formerly Rydex Juno Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Date **4/03/07**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544